1  James J. Arendt, Esq.          Bar No. 142937

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California 93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, COUNTY OF MADERA; SHERIFF JOHN ANDERSON

8              **IN THE UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CAIN GONZALEZ and SOILA GONZALEZ, | CASE NO. 1:06-cv-01751-OWW-TAG |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, SHERIFF JOHN ANDERSON and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: 12/04/2006<br>Trial Date:   TBA |

18

19       THE PARTIES, through their respective counsel, stipulate as follows:

20       Defendants, COUNTY OF MADERA and SHERIFF JOHN ANDERSON  ("defendant

21  COUNTY"), withdraw their Motion to Dismiss Plaintiff's Class Action Complaint for Failure to

22  State Claim; and Motion for More Definite Statement (Doc 5) currently scheduled to be heard

23  on March 19, 2007.

24       On or before March 26, 2007, plaintiff will file his Second Amended Complaint.

25  Defendant COUNTY will have ten days from the filing of the

26  ///

27  ///

28  ///

Stipulation and Order

1  Second Amended Complaint to file a response thereto.

3  DATED: March 16, 2007

4                                          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

6                                          By:      /s/   James J. Arendt
                                                  James J. Arendt
7                                                 Attorneys for Defendants, COUNTY OF
                                                  MADERA; SHERIFF JOHN ANDERSON

8  DATED: March 16, 2007

11                                         By:      /s/ Bruce W. Nickerson
                                                  Bruce W. Nickerson
                                                  Attorney for Plaintiffs CAIN GONZALEZ
12                                                and SOLIA GONZALEZ

13                                                **ORDER**

15         IT IS SO ORDERED.

   **Dated:   March 16, 2007**                     **/s/ Oliver W. Wanger**
16  emm0d6                                        UNITED STATES DISTRICT JUDGE