Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
Zepure Attashian, No. 240224
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF FRESNO and CHIEF JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN A. GONZALEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER; COUNTY OF MADERA, SHERIFF JOHN ANDERSON; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case Number 1:06-CV-01751-OWW-TAG<br><br>**STIPULATION RE CONTINUANCE OF HEARING ON MOTION OF DEFENDANTS CITY OF FRESNO AND CHIEF JERRY DYER TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER**<br><br>*Current Hearing Date: July 9, 2007*<br>*Proposed Hearing Date: August 6, 2007* |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the hearing on Defendants City of Fresno and Chief Jerry Dyer's Motion to Dismiss Plaintiff's Second Amended Complaint, currently scheduled to be heard on July 9, 2007, at 10 a.m. in Courtroom No. 3 of the above-captioned court, be rescheduled to August 6, 2007, at 10 a.m. in Courtroom No. 3.

Dated: June 13, 2007                    MARDEROSIAN, RUNYON, CERCONE,
                                        LEHMAN & ARMO


                                        By:    /s/ Michael G. Marderosian
                                            Michael G. Marderosian,
                                            Attorneys for Defendants CITY OF
                                            FRESNO and CHIEF JERRY DYER

| | |
|---|---|
| Dated: June 13, 2007 | By: /s/ Bruce W. Nickerson<br>Bruce W. Nickerson,<br>Attorney for Plaintiff above-named. |
| Dated: June 13, 2007 | WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP<br><br>By: /s/ James J. Arendt<br>James J. Arendt,<br>Attorneys for Defendants COUNTY OF MADERA and SHERIFF JOHN ANDERSON |

**ORDER**

**IT IS SO ORDERED** that the hearing on Defendants City of Fresno and Chief Jerry Dyer's Motion to Dismiss Plaintiff's Second Amended Complaint, currently scheduled to be heard on July 9, 2007, at 10 a.m. in Courtroom No. 3 of the above-captioned court, will now be heard on August 6, 2007, at 10 a.m. in Courtroom No. 3.

IT IS SO ORDERED.

**Dated:   June 13, 2007**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721