James J. Arendt, Esq.          Bar No. 142937
Erica M. Camarena              Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO
and CHIEF JERRY DYER, and Defendants,
COUNTY OF MADERA and SHERIFF JOHN ANDERSON

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN GONZALEZ | CASE NO. 1:06-cv-01751-OWW-TAG |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, SHERIFF JOHN ANDERSON and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Designation of Expert Witnesses | August 1, 2008 |
| Designation of Supplemental Expert Witnesses | August 15, 2008 |

///

///

///

///

///

---

Stipulation and Order

DATED: June 18, 2008

                                          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
       James J. Arendt
       Attorneys for Defendants, City of Fresno
       and Chief Jerry Dyer, and Defendants,
       County of Madera and Sheriff John
       Anderson

DATED: June 18, 2008

By:   /s/ Bruce Nickerson
       Bruce Nickerson
       Attorneys for Plaintiff, Cain Gonzalez

**ORDER**

IT IS SO ORDERED.

**Dated:   July 8, 2008**                **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE