1  James J. Arendt, Esq.        Bar No. 142937
   Erica M. Camarena            Bar No. 227981
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF FRESNO
   and CHIEF JERRY DYER, and Defendants,
8  COUNTY OF MADERA and SHERIFF JOHN ANDERSON

9
                    **IN THE UNITED STATES DISTRICT COURT**
10
                         **EASTERN DISTRICT OF CALIFORNIA**
11

12 | CAIN GONZALEZ | ) CASE NO. 1:06-cv-01751-OWW-TAG |
13 |     Plaintiff, | ) |
   |                 | ) **STIPULATION AND ORDER** |
14 |     vs.        | ) |
15 | CITY OF FRESNO, CHIEF JERRY DYER, | ) |
   | COUNTY OF MADERA, SHERIFF JOHN | ) |
16 | ANDERSON and DOES 1 through 10, | ) |
   | inclusive, | ) |
17 |            | ) |
   |     Defendants. | ) |
18 | _____ | ) |
19

       THE PARTIES, through their respective counsel, have stipulated to extend the following
20
   deadlines:
21
       Designation of Expert Witnesses                    August 29, 2008
22
       Designation of Supplemental Expert Witnesses       September 19 , 2008
23
       Discovery Cut-Off                                  September 30, 2008
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

_____
Stipulation and Order

DATED: July 18, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/   James J. Arendt
James J. Arendt
Attorneys for Defendants, City of Fresno
and Chief Jerry Dyer, and Defendants,
County of Madera and Sheriff John
Anderson

DATED: July 18, 2008

By:   /s/ Bruce Nickerson
Bruce Nickerson
Attorneys for Plaintiff, Cain Gonzalez

**ORDER**

IT IS SO ORDERED.

**Dated:   July 18, 2008**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE