James J. Arendt, Esq.        Bar No. 142937
Erica M. Camarena            Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO
and CHIEF JERRY DYER, and Defendants,
COUNTY OF MADERA and SHERIFF JOHN ANDERSON

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN GONZALEZ | CASE NO. 1:06-cv-01751-OWW-TAG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, SHERIFF JOHN ANDERSON and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to vacate the September 4, 2008, settlement conference.

DATED: September 2, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:  /s/  James J. Arendt
     James J. Arendt
     Attorneys for Defendants, City of Fresno and
     Chief Jerry Dyer, and Defendants,
     County of Madera and Sheriff John Anderson

---

Stipulation and Order to
Vacate Settlement Conference

DATED: September 2, 2008

By:   /s/ Bruce Nickerson
      Bruce Nickerson
      Attorneys for Plaintiff, Cain Gonzalez

**ORDER**

**IT IS SO ORDERED.**

DATED: _September 2_, 2008

Teresa A. Goldner
United States District Court Magistrate Judge