James J. Arendt, Esq.  Bar No. 142937
Erica M. Camarena  Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO
and CHIEF JERRY DYER, and Defendants,
COUNTY OF MADERA and SHERIFF JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN GONZALEZ | CASE NO. 1:06-cv-01751-OWW-TAG |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, SHERIFF JOHN ANDERSON and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Non-Expert Discovery Cut-Off | September 30, 2008 |
| Designation of Expert Witnesses | October 10, 2008 |
| Designation of Supplemental Expert Witnesses | October 24, 2008 |
| Expert Discovery Cut-Off | November 7, 2008 |

///

///

///

///

///

Stipulation and Order

DATED: August 29, 2008

                        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                        By:    /s/   James J. Arendt
                               James J. Arendt
                               Attorneys for Defendants, City of Fresno
                               and Chief Jerry Dyer, and Defendants,
                               County of Madera and Sheriff John
                               Anderson

DATED: August 29, 2008

                        By:    /s/ Bruce Nickerson
                               Bruce Nickerson
                               Attorneys for Plaintiff, Cain Gonzalez

**ORDER**
IT IS SO ORDERED.

**Dated:   September 2, 2008          /s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE