**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAIN GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, SHERIFF JOHN ANDERSON and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:06-cv-01751-OWW-TAG<br><br>**ORDER ON MOTION TO COMPEL PLAINTIFF TO SUBMIT TO MENTAL EVALUATION AND REQUEST FOR AWARD OF MONETARY SANCTIONS**<br><br>(Doc. 66) |

The motion to compel Plaintiff CAIN GONZALEZ to submit to a mental evaluation and request for award of monetary sanctions filed by defendants CITY OF FRESNO, CHIEF JERRY DYER, COUNTY OF MADERA, and SHERIFF JOHN ANDERSON ("Defendants"), came on for hearing before the Honorable Magistrate Judge Theresa A. Goldner, on November 24, 2008, at 9:00 a.m. (Doc. 6). Telephonic appearances were made by counsel for Plaintiff, Mr. Bruce Nickerson, and counsel for Defendants, Mr. James J. Arendt.

After full consideration of the moving papers, as well as arguments made by counsel at the hearing, the Court finds that Plaintiff has placed his mental condition in controversy, and there is good cause to grant Defendants' motion under Fed. R. Civ.P. 35(a).

Accordingly, it is hereby ORDERED that:

1. Defendants' motion for an order compelling Plaintiff to submit to a mental examination performed by clinical psychologist Dr. Harold L. Seymour, is granted. Plaintiff shall appear for and

submit to the mental examination, to be performed at Dr. Seymour's office at 5740 N.Palm, Suite 105, Fresno, California, on a date and at a time to be arranged by counsel, such date to be within 30 days of service of this order.  The examination shall last up to four hours and shall include a psycho-diagnostic interview and a Personal Assessment Inventory diagnostic test, and the scope of the testing shall be limited to the nature and extent of any psychological injuries Plaintiff is claiming as the result of the incident that is the subject of this action.

2. Defendants' request for an award of monetary sanctions in the amount of $900.00 against Plaintiff CAIN GONZALEZ is granted, payment to be made to Defendants' counsel within 30 days of service of this order.

3. Defendants' request for an award of attorney's fees is denied without prejudice.

**Plaintiff is admonished that failure to comply with this Order may result in this Court's recommendation that further sanctions issue, including without limitation, terminating, evidentiary or issue sanctions, the striking of Plaintiff's complaint, dismissal of this action, and/or other sanctions pursuant to Fed. Rule Civ. P. 37 and Local Rule 11-110 that the Court may, in its discretion, deem appropriate.[1]**

IT IS SO ORDERED.

Dated:   **November 25, 2008**                    /s/ Theresa A. Goldner
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Cv. P. 37(b)(2)(A), if a party "fails to obey an order to provide or permit discovery" the court "may issue further just orders" including:
    (i)  directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;
    (ii)  prohibiting the disobedient party from supporting or opposing designated claim or defenses, or from introducing designated matters in evidence;
    (iii) striking pleadings in whole or in part;
    (iv) staying further proceedings until the order is obeyed;
    (v) dismissing the action or proceeding in whole or in part;
    (vi) rendering a default judgment against the disobedient party; or
    (vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination of the court.