BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN GONZALEZ, | ) |
| | ) NO: 1:06-CV-01751-OWW-TAG |
| Plaintiff, | ) |
| | ) **ORDER AFTER HEARING** |
| vs. | ) **GRANTING MOTION TO** |
| | ) **WITHDRAW AS COUNSEL** |
| CITY OF FRESNO, CHIEF JERRY DYER, | ) **OF RECORD** |
| COUNTY OF MADERA, SHERIFF JOHN ANDERSON, | ) |
| and DOES 1 through 10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

The above-captioned case came regularly before this court December 1, 2008. Present were counsel for Plaintiff and Defendant. After reading the papers filed herewith and hearing the additional arguments of counsel, the court ruled as follows:

Counsel for Plaintiff's motion to withdraw as counsel of record is GRANTED. It is further Ordered that a copy of this order be served on Plaintiff within ten days of the date this Order is signed. It is further Ordered that Plaintiff shall inform the court in writing on or before January 5, 2009 whether or not he will be proceeding in pro per or whether he has obtained new counsel. The pretrial conference scheduled for December 8, 2008 is hereby vacated.

It is so Ordered.

Dated: 12/12/2008                    /s/ OLIVER W. WANGER
                                     Judge, U.S. District Court